# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0040.  MARILYN V. GEE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Marilyn Gee appealed the magistrate court's decision to superior court. On April 23, 2014, the superior court granted a writ of possession to the plaintiff. Gee filed a motion for new trial, which the superior court denied on August 25, 2014. Gee filed her application for discretionary appeal 11 days later on September 5, 2014. We lack jurisdiction.

An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because Gee did not file her application within seven days after the trial court's order, her application is untimely and thus DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*